## COMMONWEALTH *vs.* BRIDGET O. LOGHLIN.

A defect in a warrant issued upon a complaint in a criminal case cannot be first objected to in arrest of judgment.

COMPLAINT against a common seller of intoxicating liquors, made and sworn to before Wendell T. Davis as justice of the peace for the county of Franklin, who as such issued a warrant thereon, directing the officers to whom it was addressed to bring the defendant " before some trial justice in said county of

Franklin," and, upon her being brought before him, proceeded as a trial justice to try and convict her. She appealed to the superior court, and after trial and conviction there, moved in arrest of judgment: 1st, because the complaint was made to, and the warrant issued by, a trial justice in his capacity of justice of the peace, instead of himself as trial justice, or some other justice of the peace; 2d, because the name of the court or justice before whom the warrant was returned was not specified in the warrant as required by *St.* 1859, *c.* 236, § 1. *Russell,* J. overruled the motion, and the defendant alleged exceptions.

*W. Griswold,* for the defendant.

*S. H. Phillips,* (Attorney General,) for the Commonwealth.

METCALF, J. This case is governed by that of *Commonwealth* v. *Henry,* 7 Cush. 512. Mr. Davis had authority as justice of the peace to receive the complaint and issue the warrant; and as trial justice he had jurisdiction of the offence with which the defendant was charged in the complaint. *Sts.* 1858, *c.* 138, § 1; 1859, *c.* 193. The objection to the irregularity in the form of the warrant could not be first raised in arrest of judgment.

*Exceptions overruled.*